UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED SERVICE AND ALLIED WORKERS OF RHODE ISLAND, | : <br> : <br> : |
| Plaintiff, Counterclaim Defendant, | : <br> : |
| vs. | :    1:24-cv-00383-JJM-PAS <br> : |
| BROWN UNIVERSITY, | : <br> : |
| Defendant, Counterclaim Plaintiff. | : |

### STIPULATED SCHEDULING ORDER

By stipulation of the parties and pursuant to the Rule 16 Conference with the Court on January 30, 2025, the Court enters the following scheduling order:

1. Brown University ("Brown") shall file its Motion for Summary Judgment and accompanying memorandum of law on or before March 3, 2025.

2. United Service and Allied Workers of Rhode Island (the "Union") shall file its Objection and Cross-Motion for Summary Judgment with an accompanying memorandum of law on or before March 24, 2025.

3. Brown shall file its Reply in Support of its Motion with an accompanying memorandum of law on or before April 7, 2025.

ENTERED                                                             PER ORDER

_____        _____
McConnell, J.

Dated:_____

>Respectfully submitted,
>
>BROWN UNIVERSITY
>
>By its Attorneys,
>
>/s/ *Kevin W. Stone, Jr.*
>Joseph D. Whelan (#5694)
>Kevin W. Stone, Jr. (#10843)
>WHELAN CORRENTE & FLANDERS LLP
>100 Westminster Street, Suite 710
>Providence, RI 02903
>Phone: (401) 270-4500
>Fax: (401) 270-3760
>jwhelan@whelancorrente.com
>kstone@whelancorrente.com

Dated: February 5, 2025

## CERTIFICATION OF SERVICE

I hereby certify that, on February 5, 2025, I caused the foregoing document to be served on counsel of record via this Court's CM/ECF system.

>/s/ *Kevin W. Stone, Jr.*