UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED SERVICE AND ALLIED WORKERS OF RHODE ISLAND, | : <br> : <br> : |
| Plaintiff, Counterclaim Defendant, | : <br> : |
| vs. | :    1:24-cv-00383-JJM-PAS <br> : |
| BROWN UNIVERSITY, | : <br> : |
| Defendant, Counterclaim Plaintiff. | : |

## AMENDED STIPULATED SCHEDULING ORDER

By stipulation, the parties respectfully submit the agreed-upon amendment to the briefing schedule originally set via the parties' stipulation filed on February 5, 2025, and the Court's text order entered February 6, 2025. The agreed-upon amendment amends the briefing deadlines as follows:

1. Brown University ("Brown") shall file its Motion for Summary Judgment and accompanying memorandum of law on or before March 17, 2025.

2. United Service and Allied Workers of Rhode Island (the "Union") shall file its Objection and Cross-Motion for Summary Judgment with an accompanying memorandum of law on or before March 31, 2025.

3. Brown shall file its Objection to the Union's Cross-Motion and Reply in Support of its Motion with an accompanying memorandum of law on or before April 21, 2025.

4. The Union shall file its Cross-Reply in support of its Cross-Motion on or before April 28, 2025.

| ENTERED | PER ORDER |
|---|---|
| _____ | _____ |
| McConnell, J. | |

Dated:_____

Respectfully submitted,

| BROWN UNIVERSITY | UNITED SERVICE AND ALLIED WORKERS OF RHODE ISLAND |
|---|---|
| By its Attorneys, | By its Attorneys, |
| /s/ *Kevin W. Stone, Jr.* | /s/ *Elizabeth Wiens (with permission)* |
| Joseph D. Whelan (#5694) | Elizabeth Wiens |
| Kevin W. Stone, Jr. (#10843) | GURSKY WIENS & SHANLEY |
| WHELAN CORRENTE & FLANDERS LLP | 20 Centerville Road |
| 100 Westminster Street, Suite 710 | Warwick, RI 02886 |
| Providence, RI 02903 | Phone: (401) 294-4700 |
| Phone: (401) 270-4500 | Fax: (401) 270-4702 |
| Fax: (401) 270-3760 | ewiens@rilaborlaw.com |
| jwhelan@whelancorrente.com | |
| kstone@whelancorrente.com | |

Dated: March 3, 2025

### CERTIFICATION OF SERVICE

I hereby certify that, on March 3, 2025, I caused the foregoing document to be served on counsel of record via this Court's CM/ECF system.

/s/ *Kevin W. Stone, Jr.*_____

2