# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED SERVICE AND ALLIED WORKERS OF RHODE ISLAND, | : |
| | : |
| Plaintiff, Counterclaim Defendant, | : |
| | : |
| vs. | : 1:24-cv-00383-JJM-PAS |
| | : |
| BROWN UNIVERSITY, | : |
| | : |
| Defendant, Counterclaim Plaintiff. | : |

## THIRD AMENDED STIPULATED SCHEDULING ORDER

The parties respectfully submit the below agreed-upon amendment to the briefing schedule originally set via the parties' stipulation filed on February 5, 2025, and the Court's text order entered February 6, 2025. This amendment alters the briefing deadlines as follows:

1. Brown shall file its Objection to the Union's Cross-Motion and Reply in Support of its Motion with an accompanying memorandum of law on or before May 7, 2025.

2. The Union shall file its Cross-Reply in support of its Cross-Motion on or before May 14, 2025.

ENTERED                                                      PER ORDER

_____                              _____
McConnell, J.

Dated:_____

Respectfully submitted,

| | |
|---|---|
| BROWN UNIVERSITY | UNITED SERVICE AND ALLIED WORKERS OF RHODE ISLAND |
| By its Attorneys, | By its Attorneys, |
| /s/ *Kevin W. Stone, Jr.* | /s/ *Elizabeth Wiens (with permission)* |
| Joseph D. Whelan (#5694) | Elizabeth Wiens |
| Kevin W. Stone, Jr. (#10843) | GURSKY WIENS & SHANLEY |
| WHELAN CORRENTE & FLANDERS LLP | 20 Centerville Road |
| 100 Westminster Street, Suite 710 | Warwick, RI 02886 |
| Providence, RI 02903 | Phone: (401) 294-4700 |
| Phone: (401) 270-4500 | Fax: (401) 270-4702 |
| Fax: (401) 270-3760 | ewiens@rilaborlaw.com |
| jwhelan@whelancorrente.com | |
| kstone@whelancorrente.com | |

Dated: May 1, 2025

**CERTIFICATION OF SERVICE**

I hereby certify that, on May 1, 2025, I caused the foregoing document to be served on counsel of record via this Court's CM/ECF system.

/s/ *Kevin W. Stone, Jr.*